SecureRelease™ Portal

| | |
|---|---|
| Request Number: | 2024-ICFO-51484 |

**Details of Request**
(Read only details of request)

CANCEL

| | | | |
|---|---|---|---|
| **Request Description:** | I am requesting a copy of any handbook/policy manual/standard operating procedure, or similar records, that ICE employs in its operation of the Extended Case Management Services (ECMS), which is part of its Alternatives to Detention (ATD) programs. | **Fee Waiver Requested? :** | Granted |
| | | **Reason for Fee Waiver:** | Please see attached documentation. |
| **Agency:** | Department of Homeland Security | | |
| **Component:** | U.S. Immigration & Customs Enforcement | **Expedited Processing?:** | Not Requested |
| **Processing Track:** | Complex | | |
| **Request Type:** | FOIA Request | **Reason for Expedited Processing:** | - |
| **Submitted Date:** | 08/13/2024 | | |
| **Request Status:** | Searching for Records | | |
| **Identity Verification Status:** | Not Requested by Agency | | |

**Files uploaded by user**
Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
| ATD FOIA Fee Waiver Request Language.pdf | Fee Waiver Documentation |

5 rows     1-1 of 1

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE

COOKIE SETTINGS     GOVERNMENT SYSTEM NOTICE

 SecureRelease™ Portal  







Request Number:  2024-ICFO-51484 

Messages                                    ADD MESSAGE

  **2024-ICFO-51484 - Request for Status Update**     10/17/2025, 9:18:27 am
Status of Request    

Hello, what is the status of this request? Have you completed the search? Are you processing the records? When will I receive the records?

  **2024-ICFO-51484 - Request for status update**     11/19/2024, 8:32:04 pm
Hello, what is the status of this request? Have you completed the search? Are   Status of Request    
rec...

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by  Deloitte

002