SecureRelease™ Portal  




| | |
|---|---|
| Request Number: | 2024-ICFO-51485 |

**Details of Request**
(Read only details of request)

CANCEL

| | | | |
|---|---|---|---|
| **Request Description:** | I am requesting the following records: 1. Any updates to, or new versions of, the "Alternatives to Detention Handbook -- Intensive Supervision Appearance Program," Doc. No. 11305, which was issued by ICE on Aug. 16, 2017. 2. Any policy memoranda or other policy documents that have amended, replaced, rescinded, superseded, or otherwise altered the following ICE policies: Dec 10, 2004 Alternatives to Detention Recovery Procedures Dec 17, 2008 Alternative to Detention (ATP) Case Management Guidance Sep 14, 2009 Use of GPS Monitoring Devices on Persons who are Pregnant or Diagnosed with a Severe Medical Condition Feb 28, 2011 Alternatives to Detention Program Participant Enrollment Guidance Jan 13, 2012 Alternatives to Detention Program Violations June 23, 2014 Alternatives to Detention and the Rio Grande Valley May 15, 2015 Referral of Family and Adult Releases for ATD Evaluation and Participation June 8, 2015 Alternatives to Detention Program Guidance July 24, 2015 Referral of All Aliens Not Subject to Detention 3. Any other internal guidance, policy memoranda, or other records that ICE ERO has issued relating to "Alternatives to Detention" since Aug. 16, 2017. | **Fee Waiver Requested? :** | Granted |
| | | **Reason for Fee Waiver:** | Please see attached documentation |
| | | **Expedited Processing?:** | Not Requested |
| **Agency:** | Department of Homeland Security | **Reason for Expedited Processing:** | - |
| **Component:** | U.S. Immigration & Customs Enforcement | | |
| **Processing Track:** | Complex | | |
| **Request Type:** | FOIA Request | | |

| Submitted Date: | 08/13/2024 |
| --- | --- |
| Request Status: | Searching for Records |
| Identity Verification Status: | Not Requested by Agency |

### Files uploaded by user

Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
| --- | --- |
| ATD FOIA Fee Waiver Request Language.pdf | Fee Waiver Documentation |

5 rows   1-1 of 1

SUPPORT   LICENSES   PRIVACY NOTICE   COOKIE NOTICE

COOKIE SETTINGS   GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

002

SecureRelease™ Portal

Request Number: 2024-ICFO-51485

Messages                                    ADD MESSAGE

**2024-ICFO-51485 - Request for status update**   10/10/2025, 12:19:52 pm
Status of Request

Hello, what is the status of this request? Have you completed the search? Are you reviewing responsive records? This has been pending for nearly one year. Please provide an estimated time for production of all responsive records.

**2024-ICFO-51485 - Request for status update**   11/19/2024, 8:32:36 pm
Hello, what is the status of this request? Have you completed the search? Are   Status of Request
rec...

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

003