CO-386
10/2018

# United States District Court
# For the District of Columbia

AMICA CENTER FOR IMMIGRANT RIGHTS )
)
)
)
)
        Plaintiff )        Civil Action No._____
  vs )
)
IMMIGRATION AND CUSTOMS ENFORCEMENT )
)
)
        Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Amica Center for Immigrant Rights__ which have any outstanding securities in the hands of the public:

There is no such corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Daniel Melo_____
Signature

NC 48654_____
BAR IDENTIFICATION NO.

Daniel Melo_____
Print Name

2920 Forestville Rd Ste 100, PMB 1192
Address

Raleigh, NC 27616_____
City        State        Zip Code

919-348-9213_____
Phone Number