# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Case No. 1:25-cv-03867<br><br>**Notice of Errata** |

　　Plaintiff Amica Center for Immigrant Rights respectfully submits this Notice of Errata regarding its Complaint and hereby files a corrected Complaint, including the full names and addresses of the Parties.

Dated: November 5, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Melo

　　　　　　　　　　　　　　　　　　　　　　Daniel Melo
　　　　　　　　　　　　　　　　　　　　　　The Melo Law Firm
　　　　　　　　　　　　　　　　　　　　　　NC Bar # 48654
　　　　　　　　　　　　　　　　　　　　　　2920 Forestville Road, Ste 100
　　　　　　　　　　　　　　　　　　　　　　PMB 1192
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27616
　　　　　　　　　　　　　　　　　　　　　　Tel: (919) 348-9213
　　　　　　　　　　　　　　　　　　　　　　dan@themelolawfirm.com
　　　　　　　　　　　　　　　　　　　　　　*Pro Bono Counsel For Plaintiff*