## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Case No. 1:25-cv-03867-APM |

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on November 13, 2025, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipts attached):

ICE – Office of Principal Legal Advisor
500 12th St. SW Stop 5900
Washington DC 20536

U.S. Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20579

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: November 13, 2025          By: /s/ Daniel Melo

Daniel Melo
The Melo Law Firm
NC Bar # 48654

2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*

## Electronic Delivery Confirmation™

---

**USPS CERTIFIED MAIL™**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
Nov 07 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



endicia

063S0011485628

**USPS CERTIFIED MAIL**



**9402 6118 9876 5471 2252 23**

ICE - Office of Principal Legal Advisor
500 12TH ST SW STOP 5900
WASHINGTON DC 20536-5900

---

| | |
|---|---|
| Reference | Amica Center ATD Manual |
| USPS # | 9402611898765471225223 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 8:23 am on November 13, 2025 in WASHINGTON, DC 20536. Your item was delivered to an individual at the address at 8:23 am on November 13, 2025 in WASHINGTON, DC 20536. |
| USPS History | Your item was delivered to an individual at the address at 8:23 am on November 13, 2025 in WASHINGTON, DC 20536. |
| | Arrived at Post Office, 11/13/2025, 6:27 am, WASHINGTON, DC 20018 |
| | Arrived at USPS Regional Facility, November 13, 2025, 12:40 am, WASHINGTON DC DISTRIBUTION CENTER |
| | Departed USPS Facility, 11/13/2025, 12:40 am, BALTIMORE, MD 21240 |
| | Arrived at USPS Facility, November 13, 2025, 12:40 am, BALTIMORE, MD 21240 |
| | Departed USPS Regional Facility, November 12, 2025, 11:27 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 11/12/2025, 11:11 pm |
| | Arrived at USPS Regional Destination Facility, 11/12/2025, 5:32 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | Processing at USPS Facility, November 10, 2025, 1:04 pm, WASHINGTON, DC 20016 |
| | Processing at USPS Facility, November 10, 2025, 6:49 am, WASHINGTON, DC 20016 |
| | Arrived at USPS Regional Destination Facility, 11/09/2025, 9:40 pm, |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**

WASHINGTON DC DISTRIBUTION CENTER
Arrived at USPS Regional Facility, November 9, 2025, 3:37 pm,
WASHINGTON DC DISTRIBUTION CENTER
In Transit to Next Facility, 11/09/2025, 3:25 pm
Departed USPS Regional Facility, 11/09/2025, 3:14 pm, WASHINGTON
DC DISTRIBUTION CENTER
Arrived at USPS Regional Facility, November 9, 2025, 11:29 am,
WASHINGTON DC DISTRIBUTION CENTER
In Transit to Next Facility, 11/09/2025, 9:07 am
Departed USPS Regional Facility, 11/09/2025, 8:34 am, GREENSBORO
NC DISTRIBUTION CENTER
Arrived at USPS Regional Origin Facility, 11/08/2025, 3:16 pm,
GREENSBORO NC DISTRIBUTION CENTER
Departed Post Office, November 7, 2025, 4:09 pm, ROLESVILLE, NC
27571
USPS picked up item, November 7, 2025, 2:22 pm, ROLESVILLE, NC
27571
Shipping Label Created, USPS Awaiting Item, 11/07/2025, 8:58 am,
RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available
at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and
www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 07 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



endicia

063S0011485633

**USPS CERTIFIED MAIL**

**9402 6118 9876 5471 2259 02**

US Attorneys Office Dist. of Columbia
601 D ST NW
WASHINGTON DC 20530-0034

| | |
|---|---|
| Reference | Amica Center ATD Manual |
| USPS # | 9402611898765471225902 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. |
| USPS History | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530.<br>In Transit to Next Facility, 11/11/2025<br>Redelivery Scheduled for Next Business Day, 11/10/2025, 11:14 am, WASHINGTON, DC 20530<br>Arrived at Post Office, 11/10/2025, 9:41 am, WASHINGTON, DC 20018<br>Departed USPS Regional Facility, 11/10/2025, 2:36 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Destination Facility, 11/09/2025, 9:40 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 3:37 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 3:25 pm<br>Departed USPS Regional Facility, 11/09/2025, 3:14 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 11:29 am, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 9:07 am<br>Departed USPS Regional Facility, 11/09/2025, 8:34 am, GREENSBORO |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**

NC DISTRIBUTION CENTER
Arrived at USPS Regional Origin Facility, 11/08/2025, 5:19 pm,
GREENSBORO NC DISTRIBUTION CENTER
Departed Post Office, November 7, 2025, 4:09 pm, ROLESVILLE, NC
27571
USPS picked up item, November 7, 2025, 2:22 pm, ROLESVILLE, NC
27571
Shipping Label Created, USPS Awaiting Item, 11/07/2025, 9:01 am,
RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available
at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and
www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**

## Electronic Delivery Confirmation™



**USPS CERTIFIED MAIL™**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
**PRIORITY MAIL IMI**
Nov 07 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



endicia

063S0010937446

**USPS CERTIFIED MAIL**

**9402 6118 9876 5471 2258 58**

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

| | |
|---|---|
| Reference | Amica Center ATD Manual |
| USPS # | 9402611898765471225858 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530. |
| USPS History | Your item was picked up at the post office at 4:50 am on November 12, 2025 in WASHINGTON, DC 20530.<br>In Transit to Next Facility, 11/11/2025<br>Redelivery Scheduled for Next Business Day, 11/10/2025, 11:14 am, WASHINGTON, DC 20530<br>Arrived at Post Office, 11/10/2025, 9:41 am, WASHINGTON, DC 20018<br>Departed USPS Regional Facility, 11/10/2025, 2:36 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Destination Facility, 11/09/2025, 9:42 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 3:37 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 3:25 pm<br>Departed USPS Regional Facility, 11/09/2025, 3:14 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 9, 2025, 11:29 am, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/09/2025, 9:07 am<br>Departed USPS Regional Facility, 11/09/2025, 8:34 am, GREENSBORO |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**

NC DISTRIBUTION CENTER
Arrived at USPS Regional Origin Facility, 11/08/2025, 3:23 pm,
GREENSBORO NC DISTRIBUTION CENTER
Departed Post Office, November 7, 2025, 4:09 pm, ROLESVILLE, NC
27571
USPS picked up item, November 7, 2025, 2:22 pm, ROLESVILLE, NC
27571
Shipping Label Created, USPS Awaiting Item, 11/07/2025, 8:59 am,
RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available
at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and
www.SendCertifiedMail.com.
**Date Verified: 11/13/2025 (UTC)**