UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>        *Plaintiff,*<br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        *Defendant.* | Civil Action No. 25-3867 (APM) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Fithawi Berhane as counsel for Defendant in the above-captioned case.

Dated: December 1, 2025

                                              Respectfully submitted,

                                              By: /s/ *Fithawi Berhane*
                                              FITHAWI BERHANE
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              Ph: (202) 252-6653
                                              Fithawi.berhane@usdoj.gov

                                              *Attorney for the United States of America*