**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 25-3867 (APM) |

**MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves to extend Defendant's deadline to respond to Plaintiff's Complaint (which is currently due on December 12, 2025) by 30 days, or until January 11, 2026. Defendant respectfully states the following good cause:

1.    On November 5, 2025, Plaintiff filed its Complaint.

2.    At this time, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is December 12, 2025.

3.    Under Federal Rule of Civil Procedure ("Rule") 6(b), "the court may, for good cause shown, extend the time: (A) with . . . motion . . . . or if a request is made, before the original time or its extension expires[.]"

4.    There is good cause for the requested extension.  At this time, the undersigned counsel is overseeing a significant caseload of active cases, involving multiple pending briefing deadlines and significant discovery responsibilities, that has  limited his ability to confer with the agency and prepare a response to the Complaint.

5.      In light of the above, Defendant seeks to extend the deadline to respond to Plaintiff's Complaint by 30 days.

6.      Pursuant to Local Civil Rule 7(m), the parties have conferred via e-mail and Plaintiff has advised that it "would not oppose an extension on the answer to the complaint if we can come to an agreement on: 1) the production schedule—we ask the agency to begin to produce documents by the end of January 2026 or give an explanation to the Court as to why it cannot produce records by then; 2) the amount of documents reviewed per month—a minimum of 750; 3) that we enter a joint status report to the Court agreeing on these terms within 10 days." As such, Plaintiff is opposed to the relief sought in this motion, given that Defendant is not in a position to accede to the conditions that Plaintiff has laid out in response to this straightforward, routine, and first-time request for an extension. Further, the appropriate time to discuss the issues raised by Plaintiff are after a response to the Complaint has been filed and the Court has entered an order directing the filing of an initial status report.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court grant this motion to extend the deadline for Defendant's response to Plaintiff's Complaint to January 11, 2026.  A proposed order is attached.

Dated: December 11, 2025           Respectfully submitted,
        Washington, DC

                                   JEANINE FERRIS PIRRO
                                   United States Attorney


                                   By:        */s/ Fithawi Berhane*
                                        FITHAWI BERHANE
                                        Assistant United States Attorney
                                        601 D Street NW
                                        Washington, DC 20530
                                        (202) 252-6653
                                        Fithawi.Berhane@usdoj.gov

2

*Attorneys for the United States of America*