UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>        Plaintiff,<br><br>   v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 25-3867 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to extend the deadline for responding to Plaintiff's Complaint, and the entire record in this matter, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant will respond to the Complaint on or before January 11, 2026.


Dated this ___ day of _____, 2025.


 

_____
UNITED STATES DISTRICT JUDGE

4