UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | 25-cv-3867 (APM) |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, hereby provide the following joint status report pursuant to the Court's January 13, 2026, Minute Order. At this time, Defendant reports that it will make its only production of responsive, non-exempt records no later than January 30, 2026. The release will consist of approximately 216 pages of responsive records, released either in full or in part. If Plaintiff wishes to move for summary judgment after its review of the aforesaid records, the parties will file another Joint Status Report proposing a briefing schedule no later than March 5, 2026.

Dated: January 26, 2026　　　　　　　　　　　　　Respectfully submitted,


By: /s/ *Daniel Melo*　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192　　　By:  /s/ *Fithawi Berhane*_____
Raleigh, NC 27616　　　　　　　　　　　　　　　FITHAWI BERHANE
Tel: (919) 348-9213　　　　　　　　　　　　　　　Assistant United States Attorney
dan@themelolawfirm.com　　　　　　　　　　　　601 D Street NW
*Pro Bono Counsel For Plaintiff*　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　　　　(202) 252-6653

1

[fithawi.berhane@usdoj.gov](mailto:fithawi.berhane@usdoj.gov)

*Attorneys for the United States of America*