UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>                Plaintiff,<br><br>       v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                Defendant. | 1:25-cv-03867 (APM) |

**STATUS REPORT**

Plaintiff, by and through undersigned counsel, hereby provides the following status report pursuant to the Court's January 28, 2026, Minute Order. On January 29, 2026, Defendant made a single production of records and sent them to Plaintiff's counsel via a mailed CD-ROM. On February 24, 2026, after having completed a review of the production of records, Plaintiff's counsel contacted Defendant's counsel with proposed dates for summary judgment briefing based on the inadequacy of the search as well as the overbroad application of exemptions. That same day, counsel for the Defendant replied that he would contact the agency and would likely seek additional time for the agency to prepare its declaration.

On March 2, 2026, Plaintiff's counsel again contacted agency counsel inquiring as to Defendant's position on the proposed briefing schedule for summary judgment. That same day, Defendant's counsel stated he was working to get more information,

1

but given the lapse in appropriations, the agency was not able to commit to any kind of schedule.

On March 3, 2026, Plaintiff's counsel responded that there was both evidence that the ICE FOIA Office was not closed, or that there was ample funding for the agency to comply with its FOIA obligations, and again sought input from the agency as soon as possible on its position for purposes of the Joint Status Report. Having received no response, undersigned Counsel again contacted opposing counsel on March 4, 2026, stating that Plaintiff intended to comply with the Court's Order to file a status report the next day. Opposing counsel responded that same day, stating that he did not have a Joint Status Report drafted and would not be stipulating to any briefing deadlines given the furloughs and "if you want to unilaterally file someone [sic] alleging some kind of ICE conspiracy to deliberately not fund its own FOIA office, you are free to do so." On March 5, 2026, at 9:45 am, opposing counsel emailed the undersigned asking if Plaintiff was able to provide evidence proving that the ICE FOIA Office had not been impacted by the lapse of appropriations.

On March 5, 2026, at 12:13 p.m., the undersigned responded, stating he would prefer to submit a joint report as opposed to filing anything without the agency's input. The undersigned also detailed the distinct ways in which the ICE FOIA Office is either not closed or potentially violating the Anti-Deficiency Act; the lack of required agency notice under 5 USC § 552(a)(2)(B), (C), (E) to implement a furlough and utilize it against a party in litigation; the numerous ways in which ICE is funded and has its FOIA compliance responsibilities diffused throughout the agency such

that a furlough of the FOIA office does not obviate the agency's compliance responsibilities; and again seeking Defendant's input on how to proceed with submitting a Joint Status Report to the Court. As of the time of this filing, Defendant's counsel has not responded.

Therefore, Plaintiff's counsel respectfully requests that the following briefing schedule be entered for Plaintiff's motion for summary judgment, along with any other relief the Court deems just and proper:

Plaintiff's Motion for Summary Judgment due on or before March 23, 2026.

Defendant's Response due on or before April 13, 2026.

Plaintiff's Reply due on or before April 20, 2026.

Dated: March 5, 2026                           Respectfully submitted,

<div style="margin-left: 3em;">
By: /s/ Daniel Melo  
Daniel Melo  
The Melo Law Firm  
2920 Forestville Road, Ste 100, PMB 1192  
Raleigh, NC 27616  
Tel: (919) 348-9213  
dan@themelolawfirm.com  
*Pro Bono Counsel For Plaintiff*
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this the 5th of March, 2026.

By: /s/ Daniel Melo