UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>    Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Civil Action No. 25-3867 (APM) |

**STATUS REPORT**

Defendant, Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, respectfully files this status report.

The Court, in its Minute Order of January 28, 2026, ordered the parties to "advise whether any disputed issues remain and, if so, propose a schedule for further proceedings" no later than March 5, 2026. Plaintiff has advised of its intention to move for summary judgment in this case on the adequacy of Defendant's search and its Exemption 5 withholdings. However, ICE's FOIA office is currently experiencing a lapse in appropriations and its employees—including the individual authorized to sign declarations—have been furloughed. As a result, ICE cannot commit to a briefing schedule right now. When the undersigned advised Plaintiff's counsel of the aforesaid circumstances, Plaintiff's counsel insisted that the parties still agree on a briefing schedule, stating that he is in possession of a "mounting pile of evidence that strongly suggests that ICE FOIA is not closed." When the undersigned sought proof of Plaintiff's counsel's allegations, the undersigned did not receive a response that satisfactorily proved Plaintiff's counsel's allegations.

Thus, at this time, ICE asks that the deadlines in this case be stayed until the end of the

lapse in appropriations, although ICE does not object if Plaintiff wishes to move first for summary judgment in the interim. ICE commits to filing a status report within 5 days after the end of the lapse in appropriations, proposing a schedule for further proceedings.

Dated: March 5, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>     Plaintiff,<br><br>     v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     Defendant. | Civil Action No. 25-3867 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to extend the deadline for responding to Plaintiff's Complaint, and the entire record in this matter, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant will respond to the Complaint on or before January 11, 2026.


Dated this ___ day of _____, 2025.


                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

3