**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 25-3867 (APM) |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Defendant, by and through the undersigned counsel, respectfully moves the Court for an order extending the deadline for filing the parties' Joint Status Report until April 7, 2026. Plaintiff, through counsel, has stated that it is unopposed to the relief sought in this motion.

The Court's Minute Order of March 6, 2026, ordered the parties to file a Joint Status Report no later than April 6, 2026.  However, although the counsels for both parties to this case have prepared a draft of the Joint Status Report, the undersigned counsel needs additional time so that Defendant can review and approve of the draft prior to filing. Accordingly, Defendants respectfully request that the Joint Status Report deadline be extended to April 7, 2026. A proposed order is attached.

Dated: April 6, 2026

Respectfully Submitted,

JEANINE FERRIS PIRRO

1

United States Attorney

By: */s/ Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20530
    (202) 252-6653

    *Attorneys for the United States of America*

2