**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMICA CENTER FOR IMMIGRANT
RIGHTS,

        Plaintiff,

   v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendant.

Civil Action No. 25-3867 (APM)

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for extension of time to file the parties' Joint Status Report it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the deadline for the parties' Joint Status Report is April 7, 2026.

SO ORDERED.

_____
Date

_____
United States District Court Judge

3