**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>   Plaintiff,<br><br>  v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>   Defendant. | Civil Action No. 25-3867 (APM) |

**JOINT STATUS REPORT**

The parties, Plaintiff, Amica Center for Immigrant Rights ("Amica" or "Plaintiff"), and Defendant, U.S. Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, respectfully file this joint status report.

**DEFENDANT'S POSITION**

The Court, in its Minute Order of March 6, 2026, ordered the parties to propose a schedule for summary judgment briefing "by April 6, 2026, or no later than five days after the end of the lapse in appropriations, whichever comes first." Accordingly, ICE, taking into considering the ongoing lapse in appropriations and the estimated time that it will need to prepare its declarations and *Vaughn* index, proposes the following summary judgment briefing schedule:

Defendant's Motion for Summary Judgment due on July 6, 2026

Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on August 17, 2026

Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment due on September 21, 2026

Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment due on October 19, 2026

**PLAINTIFF'S POSITION**

Plaintiff respectfully requests that the Court set a prompter briefing schedule for summary judgment as outlined below. Despite's ICE's contention that a lapse is ongoing, on April 4, 2026, the President issued a memorandum ordering the Secretary of Homeland Security and the Office of Management and Budget to "to provide each and every employee of DHS with the compensation and benefits that would have accrued to them if not for the Democrat-led DHS shutdown, consistent with applicable law, including 31 U.S.C. 1301(a)."[1] By its very terms, this memorandum applies to ICE's FOIA office. Moreover, contrary to Defendant's claim regarding its inability to perform its statutory duties under FOIA, from February 13, 2026, to present, the ICE FOIA Reading Room has been updated no less than *thirteen* times with document publications—the last being March 31, 2026. *See* ICE, FOIA ICE Library (Last updated March 13, 2026).[2]

Additionally, a number of Courts, including the District of Columbia, have denied extensions to ICE based on its alleged lack of funding for FOIA operations during the partial shutdown. *See Democracy Forward Foundation v. U.S. Department of Homeland Security*, 1:25-cv-04089 (AHA) (Mar. 17, 2026 Minute Order), (D.D.C. filed Nov. 21, 2025 (denying DHS's motion for a stay and ordered ICE to search and collect potentially responsive records within four days); *Women's Refugee Commission v. United States Department of Homeland Security*, 1:25-cv-07982, ECF No. 28 (S.D.N.Y. filed Sept. 25, 2025) (March 16, 2026 order denying a

---

[1] Presidential Memorandum, "Liberating the Department of Homeland Security From the Democrat-Caused Shutdown," (Apr. 3, 2026), https://www.whitehouse.gov/presidential-actions/2026/04/liberating-the-department-of-homeland-security-from-the-democrat-caused-shutdown/.
[2] https://www.ice.gov/foia/library.

DHS motion to stay that advanced a substantially similar set of arguments as those of the Defendant.); *Robert F. Kennedy Human Rights et al. v. United States Department of Homeland Security,* 1:25-cv-06541 (JMF), ECF No. 35 (S.D.N.Y. filed Aug. 8, 2025) (March 24, 2026 order requiring DHS to continue producing records it had already agreed to produce.). Therefore, Plaintiff proposes the following summary judgment briefing schedule:

- o  Defendant's Motion for Summary Judgment due on May 6, 2026

- o  Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due on June 17, 2026

- o  Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Further Support of Summary Judgment due on July 21, 2026

- o  Plaintiff's Reply in Further Support of Cross-Motion for Summary Judgment due on August 19, 2026.

Dated: April 7, 2026
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ Fithawi Berhane*_____
        FITHAWI BERHANE
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-6653
        Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

/s/ Daniel Melo
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616

Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>          Plaintiff,<br><br>     v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | Civil Action No. 25-3867 (APM) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report, and the entire record in this matter, it is hereby:

ORDERED that [Defendant's or Plaintiff's] summary judgement briefing is adopted and the parties shall file their respective motions for summary judgment, responses, and replies accordingly.

Dated this ___ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE