**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>    Plaintiff,<br><br>        v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 25-cv-03867 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After reviewing the Joint Status Report, ECF No. 16, the court orders the following with regard to further proceedings in this matter:

I.    Scheduling.

A.    Defendant's Motion for Summary Judgment shall be filed on or before **June 5, 2026**;

B.    Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before **July 6, 2026**;

C.    Defendant's Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before **August 5, 2026**; and

D.    Plaintiff's Reply shall be filed on or before **September 4, 2026**.

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion. Motions to extend deadlines shall indicate whether any previous extensions were requested.**

Dated:  April 8, 2026

Amit P. Mehta
United States District Judge