**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMICA CENTER FOR IMMIGRANT
RIGHTS,

        Plaintiff,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendant.

Civil Action No. 25-3867 (APM)

## UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES

Pursuant to Rule 6(b), Defendant, Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves the Court for an order extending the deadlines for summary judgment briefing in this case. Specifically, Defendant respectfully requests that the Court extend the deadline for the filing of its motion for summary judgment by approximately 14 days from June 5, 2026, to June 18, 2026 (and for all subsequent summary judgment briefing deadlines to be extended by 14 days). On June 3, 2026, the undersigned counsel emailed Plaintiff seeking his position on the relief sought in this motion. Plaintiff is unopposed to the relief sought in this motion.

1.      On November 5, 2025, Plaintiff filed its Complaint.

2.      At this time, Defendant's deadline to file a motion for summary judgment is currently June 5, 2026.

3.      Under Federal Rule of Civil Procedure ("Rule") 6(b), "the court may, for good cause shown, extend the time: (A) with . . . motion . . . . or if a request is made, before the original time or its extension expires[.]" Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for

good cause and with the judge's consent."

4.      There is good cause to grant this motion. After Plaintiff advised that it wishes to challenge the adequacy of Defendant's search as well as the lawfulness of its withholdings under FOIA Exemption 5, Defendant began working on a declaration for its motion for summary judgment. However, on June 3, 2026, the undersigned was informed that the assigned agency counsel is dealing with a medical emergency that has impeded a completion of the declaration in time for Defendant's summary judgment filing. Accordingly, Defendant respectfully requests that the deadlines be extended so that the replacement agency counsel can complete the draft declaration.

5.      In light of the above, Defendant seeks to extend the deadline to respond to Plaintiff's Complaint by 14 days.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court grant this motion to extend the summary judgment deadlines by 14 days.  A proposed order is attached.

Dated:  June 3, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Fithawi Berhane* _____
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

2