**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMICA CENTER FOR IMMIGRANT
RIGHTS,

        Plaintiff,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendant.

Civil Action No. 25-3867 (APM)

---

### [PROPOSED] ORDER

Upon consideration of the Department 's motion, it is hereby

ORDERED that the Department's motion is GRANTED; and it is further

ORDERED that the deadline for the Department's motion for summary judgment is extended to June 18, 2026; it is further

ORDERED that the deadline for Plaintiff's response and cross-motion for summary judgment is extended to July 20, 2026; it is further

ORDERED that the deadline for the Department's reply and cross-opposition is extended to August 19, 2026; it is further

ORDERED that the deadline for Plaintiff's cross-reply is extended to September 18, 2026.

SO ORDERED.

Dated this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

3