**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, | |
| Plaintiff, | |
| v. | Civil Action No. 25-3867 (APM) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Defendant. | |

## ORDER

Upon consideration of the Department 's motion, it is hereby

ORDERED that the Department's motion is GRANTED; and it is further

ORDERED that the deadline for the Department's motion for summary judgment is extended to June 18, 2026; it is further

ORDERED that the deadline for Plaintiff's response and cross-motion for summary judgment is extended to July 20, 2026; it is further

ORDERED that the deadline for the Department's reply and cross-opposition is extended to August 19, 2026; it is further

ORDERED that the deadline for Plaintiff's cross-reply is extended to September 18, 2026.

SO ORDERED.

Dated this __4th__ day of __June__, 2026.

_____
UNITED STATES DISTRICT JUDGE