**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMICA CENTER FOR IMMIGRANT
RIGHTS,

        Plaintiff,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

        Defendant.

Civil Action No. 25-3867 (APM)

## MOTION TO VACATE SUMMARY JUDGMENT DEADLINES

Defendant, Immigration and Customs Enforcement, by and through undersigned counsel, respectfully moves the Court for an order vacating the deadlines for summary judgment briefing in this case. On June 16, 2026, the undersigned counsel emailed Plaintiff seeking his position on the relief sought in this motion. Plaintiff is unopposed to vacating the schedule for summary judgment briefing in this case.

1.      On November 5, 2025, Plaintiff filed its Complaint.

2.      At this time, Defendant's deadline to file a motion for summary judgment is currently June 18, 2026.

3.      Under Federal Rule of Civil Procedure ("Rule") 6(b), "the court may, for good cause shown, extend the time: (A) with . . . motion . . . . or if a request is made, before the original time or its extension expires[.]" Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."

4.      There is good cause to grant this motion. While preparing for summary judgment briefing, it became apparent to Defendant that a lapse in time between the date of the search tasking

and the date of production may have created an opportunity for any newer, responsive records to be left out of the production, should they exist. Defendant estimates that it will require 90 days total to complete the supplemental search and, if applicable, to process and produce any responsive, non-exempt records.

5.   In light of the above, Defendant seeks to vacate the summary judgment deadlines in this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court vacate the summary judgment deadlines in this case.  A proposed order is attached.

Dated: June 17, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ Fithawi Berhane* _____
        FITHAWI BERHANE
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20530
        (202) 252-6653
        Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>       Plaintiff,<br><br>   v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Defendant. | Civil Action No. 25-3867 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the Department 's motion, it is hereby

ORDERED that the Department's motion is GRANTED; and it is further

ORDERED that the summary judgment deadlines are vacated; it is further

ORDERED that the parties file a Joint Status Report no later than September 25, 2026, to update the Court on the status of this case.

SO ORDERED.

Dated this ___ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

3