**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMICA CENTER FOR IMMIGRANT
RIGHTS,

          Plaintiff,

    v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Defendant.

Civil Action No. 25-3867 (APM)

**[PROPOSED] ORDER**

Upon consideration of the Department 's motion, it is hereby

ORDERED that the Department's motion is GRANTED; and it is further

ORDERED that the summary judgment deadlines are vacated; it is further

ORDERED that the parties file a Joint Status Report no later than September 25, 2026, to update the Court on the status of this case.

SO ORDERED.

Dated this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

3