**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS, <br><br> Plaintiff, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 25-3867 (APM) |

**ORDER**

Upon consideration of the Department 's motion, it is hereby

ORDERED that the Department's motion is GRANTED; and it is further

ORDERED that the summary judgment deadlines are vacated; it is further

ORDERED that the parties file a Joint Status Report no later than September 25, 2026, update the Court on the status of this case.

SO ORDERED.

Dated this ___17th___ day of ___June___, 2026.

_____
UNITED STATES DISTRICT JUDGE

3