**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMICA CENTER FOR IMMIGRANT RIGHTS,

Plaintiff,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

Civil Action No. 25-3867 (APM)

**JOINT STATUS REPORT**

The parties, Plaintiff, Amica Center for Immigrant Rights ("Amica" or "Plaintiff"), and Defendant, U.S. Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, respectfully file this joint status report.

Defendant instantly reports that it has completed the searches referenced in its motion to vacate the summary judgment deadlines and has recovered approximately 160 pages of potentially responsive pages. Defendant will complete processing the aforesaid records no later than October 8, 2026, and will produce any responsive, non-exempt material no later than October 9, 2026. Defendant proposes that the parties file another status report on or before October 16, 2026, so that they can update the Court on the status of the FOIA request and, if necessary, propose a briefing schedule.

Dated: September 24, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Fithawi Berhane*

____________________________________
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

/s/ Daniel Melo
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3867 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record in this matter, it is hereby:

ORDERED that [Defendant's or Plaintiff's] summary judgement briefing is adopted and the parties shall file their respective motions for summary judgment, responses, and replies accordingly.

Dated this __day of ______, 2026

________________________________
UNITED STATES DISTRICT JUDGE