**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3867 (APM) |

**JOINT STATUS REPORT**

The parties, Plaintiff, Amica Center for Immigrant Rights ("Amica" or "Plaintiff"), and Defendant, U.S. Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, respectfully file this joint status report.

On October 5, 2026, Defendant, after reviewing 161 pages and determining 71 pages were nonresponsive or duplicative, produced an additional 90 pages released in full or disclosed in part subject to FOIA Exemptions. Plaintiff has submitted a settlement proposal to Defendant and the Parties propose that they file another Joint Status Report by October 30, 2026, by which time Defendant anticipates that it will be able to respond to the settlement proposal.

Dated: October 16, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Fithawi Berhane</u>*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653

Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

/s/ Daniel Melo
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Counsel For Plaintiff*