**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3867 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record in this matter, it is hereby:

ORDERED that the Parties shall file a Joint Status Report on or before October 30, 2026, which updates the Court on the status of the case.

Dated this ___day of ______, 2026

_______________________________
UNITED STATES DISTRICT JUDGE