**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMICA CENTER FOR IMMIGRANT RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 25-3867 (APM) |

## JOINT STATUS REPORT

The parties, Plaintiff, Amica Center for Immigrant Rights ("Amica" or "Plaintiff"), and Defendant, U.S. Immigration and Customs Enforcement ("ICE" or "Defendant"), by and through undersigned counsel, respectfully file this joint status report.

On October 5, 2026, Defendant, after reviewing 161 pages and determining 71 pages were nonresponsive or duplicative, produced an additional 90 pages released in full or disclosed in part subject to FOIA Exemptions. The Parties are engaged in settlement discussions which remain ongoing, and in light of Defendant's response of October 30, 2026, to Plaintiff's opening proposal, the parties propose that they file another Joint Status Report by November 30, 2026, to update the Court on the status of this case.

Dated: October 30, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW

Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

/s/ Daniel Melo
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Counsel For Plaintiff*